O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DeVONNA TROOPE; and MARISA SANCHEZ, | ) ) ) | Case No. EDCV 08-1208-VAP (OPx) |
| Plaintiff, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| BANK OF AMERICA; REGIONAL TRUSTEE SERVICES CORPORATION; KIMBERLY HICKMAN; and DOES 1 to 10, inclusive, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: _____   September 30, 2008

*Virginia A. Phillips*
_____
VIRGINIA A. PHILLIPS
United States District Judge